# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NIKE, INC. and TOMMY HILFIGER LICENSING, INC., Plaintiffs, | |
| v. | C.A. No. 04-314S |
| OCEAN STATE JOBBERS, INC., d/b/a OCEAN STATE JOB LOT, Defendant | |
| OCEAN STATE JOBBERS, INC., Counterclaim Plaintiff | |
| v. | |
| NIKE, INC. and TOMMY HILFIGER LICENSING, INC. Counterclaim Defendants | |
| v. | |
| OCEAN STATE JOBBERS, INC. Third-Party Plaintiff, | |
| v. | |
| RANDOLP KNITTING, INC., NETWORK INTERNATIONAL, INCORPORATED, TRIBBLE HOSIERY, INC., H.G. HOSIERY ASSOCIATES, INC. and NU SOX FINISHING, INC. Third-Party Defendants. | |

RECEIVED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STIPULATION OF DISMISSAL
## OF THIRD PARTY COMPLAINT AGAINST NU-SOX FINISHING, INC.

The third-party complaint of Ocean State Jobbers, Inc. against third-party defendant Nu-Sox Finishing, Inc. is hereby dismissed pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure without prejudice, each party to bear its own costs

and fees.

OCEAN STATE JOBBERS, INC.
By Its Attorneys,

Charles S. Beal, Esq. (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
401.331.5700 Telephone
401.331.5787 Facsimile

Date: 6/10/05

NU-SOX FINISHING, INC.
By Its Attorneys,

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

Date: 6/13/05

NIKE, INC.
By its Attorneys,

Howard A. Merten, Esq. (#3171)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 Telephone
(401) 861-8210 Facsimile

Date: 5/23/05

TOMMY HILFIGER LICENSING, INC.
By Its Attorneys,

Howard A. Merten (#3171)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 Telephone
(401) 861-8210Facsimile

Date: 5/23/05

H.G. HOSIERY ASSOCIATES, INC.
By Its Attorneys,

William M. Kolb, Esq. (#3664)
KAPLAN & KOLB, INC.
1100 Turks Head Building
Providence, RI 02903
401.272.9000 Telephone
401.272.9020 Facsimile

Date: 5/25/05

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/14/05