UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

NIKE, INC. and TOMMY HILFIGER LICENSING, INC.,
Plaintiffs,

v.

OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT,
Defendant.

C.A. No. 04-314S

**NOTICE OF DEPOSITION**

TO: Mark S. Lafayette, Esq.
DRIER LLP
499 Park Avenue
New York, NY 10022

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Howard A. Merten, Jr., Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

William M. Kolb, Esq.
One Ship Street
Providence, RI 02903

PLEASE TAKE NOTICE that, at 10:00 a.m. on Thursday, August 30, 2005, at the offices of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island, pursuant to Rhode Island Rule of Civil Procedure 30 (b)(6), the attorneys for the Defendant will take the deposition upon oral examination of Neil B. Friedman, Esq. for the purposes of discovery or for use as evidence, or both, before a Notary Public or before some officer authorized to administer oaths.

OCEAN STATE JOBBERS, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: August 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the above-named.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NIKE, INC. and TOMMY HILFIGER LICENSING, INC., Plaintiffs, | : | |
| v. | : | C.A. No. 04-314S |
| OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT, Defendant. | : | |

**NOTICE OF DEPOSITION**

TO: Mark S. Lafayette, Esq.
DRIER LLP
499 Park Avenue
New York, NY 10022

Howard A. Merten, Jr., Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

William M. Kolb, Esq.
One Ship Street
Providence, RI 02903

PLEASE TAKE NOTICE that, at 3:00 p.m. on Thursday, August 30, 2005, at the offices of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island, pursuant to Rhode Island Rule of Civil Procedure 30 (b)(6), the attorneys for the Defendant will take the deposition upon oral examination of the person or persons at Plaintiff Nike, Inc. with the most knowledge of the topic areas listed on the annexed Schedule A for the purposes of discovery or for use as evidence, or both, before a Notary Public or before some officer authorized to administer oaths.

OCEAN STATE JOBBERS, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: August 15, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the above-named.

G:\csb\OceanState\Hilfiger-Nike\pldgs\deponotice.doc

## SCHEDULE A

1. The identity and location of authorized manufacturers of labels and/or packaging for Nike, Inc. ("Nike") hosiery.

2. The identity and location of authorized manufacturers of Nike hosiery.

3. The design and printing of labels and/or packaging for Nike hosiery.

4. Security devices contained within labels and/or packaging for Nike hosiery.

5. Security devices contained within Nike hosiery.

G:\csb\OceanState\Hilfiger-Nike\pldgs\deponotice 2.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NIKE, INC. and TOMMY HILFIGER LICENSING, INC., Plaintiffs, | : | |
| v. | : | C.A. No. 04-314S |
| OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT, Defendant. | : | |

**NOTICE OF DEPOSITION**

TO: Mark S. Lafayette, Esq.
DRIER LLP
499 Park Avenue
New York, NY 10022

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Howard A. Merten, Jr., Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

William M. Kolb, Esq.
One Ship Street
Providence, RI 02903

PLEASE TAKE NOTICE that, at 1:00 p.m. on Thursday, August 30, 2005, at the offices of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island, pursuant to Rhode Island Rule of Civil Procedure 30 (b)(6), the attorneys for the Defendant will take the deposition upon oral examination of the person or persons at Plaintiff Tommy Hilfiger Licensing, Inc. with the most knowledge of the topic areas listed on the annexed Schedule A for the purposes of discovery or for use as evidence, or both, before a Notary Public or before some officer authorized to administer oaths.

OCEAN STATE JOBBERS, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: August 15, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the above-named.

G:\csb\OceanState\Hilfiger-Nike\pldgs\deponotice 2.doc

## SCHEDULE A

1. The identity and location of authorized manufacturers of labels and/or packaging for Tommy Hilfiger hosiery.
2. The identity and location of authorized manufacturers of Tommy Hilfiger hosiery.
3. The design and printing of labels and/or packaging for Tommy Hilfiger hosiery.
4. Security devices contained within labels and/or packaging for Tommy Hilfiger hosiery.
5. Security devices contained within Tommy Hilfiger hosiery.

G:\csb\OceanState\Hilfiger-Nike\pldgs\deponotice 3.doc

G:\csb\OceanState\Hilfiger-Nike\pldgs\deponotice 3.doc