# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NIKE, INC. AND TOMMY HILFIGER LICENSING, INC.,
Plaintiffs

v.

C.A. No. 04-314/S

OCEAN STATE JOBBERS, INC. D/B/A OCEAN STATE JOB LOT,
Defendants

## NOTICE OF WITHDRAWAL

The appearance of Neil Friedman as counsel for Nike, Inc. and Tommy Hilfiger Licensing, Inc. is withdrawn.

NIKE, INC. AND TOMMY HILFIGER

LICENSING, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing WITHDRAWAL OF APPEARANCE was mailed, postage prepaid, on this 19th day of August, 2005 to:

William Kolb, LLC
Law Offices of William Kolb, LLC
One Ship Street
Providence, RI 02903

Mark Lafayette, Esq.
Martin J. Feinberg, Esq.
Gursky & Partners, LLP
1350 Broadway, 11th Floor
New York, NY 10018

Charles Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Sharon Boyd

814620_1/4581-2