UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NIKE, INC. and TOMMY HILFIGER LICENSING, INC.,
Plaintiffs,

v. C.A. No. 04-314S

OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT,
Defendant.

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Now come Plaintiffs Nike, Inc. and Tommy Hilfiger Licensing, Inc. (the "Plaintiffs") and Defendant Ocean State Jobbers, Inc. ("Defendant") and move this Honorable Court for an Order extending the discovery period in this matter by an additional sixty (60) days and extending the due dates for Dispositive Motions and the Pretrial Memorandum correspondingly. As grounds for their Motion, the parties state as follows:

1. This matter relates to allegations made by the Plaintiffs that Defendant sold counterfeit goods in its stores bearing their trademarks. Defendant has defended the action by asserting, among other things, that it believed in good faith that the goods were genuine, as it claims it was told by the third parties that sold it the goods. Defendant has further counterclaimed, alleging that Plaintiffs reneged on certain agreements made by their agents after the Plaintiffs made demand.

2. In the past few weeks, as a result of a settlement conference between the parties and counsel, the parties reached what they believed was the framework of a settlement of this entire action. Counsel continues to be engaged in negotiations relating to the details of the settlement agreement, although they believe that the framework of an agreement, including monetary terms, is in place.

3. Out of an abundance of caution, the parties wish to extend by a short period (sixty days) the period for discovery in this action in the unlikely event that the details of the settlement cannot be finalized. Counsel for the only third-party defendant to appear in the action has indicated that he has no objection to the relief requested by this motion.

WHEREFORE, the parties respectfully request that this Court enter an Order extending the discovery deadline by sixty (60) days, or from October 30, 2005 until December 30, 2005, and extending the due dates for Dispositive Motions and the Pretrial Memorandum correspondingly and granting such further relief as the Court deems just and appropriate.

NIKE, INC. and TOMMY HILFIGER LICENSING, INC.

By Their Attorneys,

/CSB

Mark S. Lafayette (*pro hac vice*)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 904-1234
FAX (212) 967-4465
Date: October 21, 2005

OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787
Date: October 21, 2005

/CSB

Howard A. Merten (#3171)
Partridge Snow & Hahn
180 S. Main Street
Providence, Rhode Island 02903
(401) 861-8200
FAX (401) 861-8210
Date: October 21, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to Howard A. Merten, Esq., Partridge Snow & Hahn, 180 South Main Street, Providence, Rhode Island 02903; Mark Lafayette, Esq., Dreier, LLP, 499 Park Avenue, New York, New York 10022; Thomas R. Noel, Esq., NOEL & GYORGY LLP, 50 South Main Street, Providence, RI 02903; and William M. Kolb, Esq., 1 Ship Street, Providence, Rhode Island 02903.

G:\CSB\OCEANSTATE\HILFIGER-NIKE\PLDGS\MOEXTEND2.DOC