# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NIKE, INC. AND TOMMY HILFIGER LICENSING, INC.,<br>Plaintiffs<br><br>v.<br><br>OCEAN STATE JOBBERS, INC. D/B/A OCEAN STATE JOB LOT,<br>Defendants | C.A. No. 04-314/s |

## JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATES AND RELATED DEADLINES

Plaintiffs and Defendant Ocean State Jobbers, Inc. d/b/a Ocean State Job Lot jointly move to extend the discovery closure date for an additional forty-five (45) days, through February 15, 2006. The parties believed they had a settlement finalized and documented. However, an apparent error in the paperwork concerning the apportionment of settlement funds may require that the settlement documents be reworked. This possible error only became apparent over the past several days as the parties assembled the underlying documentation in preparation for execution of the agreement. All parties believe that this matter can be cleared up promptly but the settlement cannot be finalized before the present discovery closure date of December 31, 2005. The parties have been diligently working towards settlement and remain committed to doing so. In the present circumstances, this motion is being filed out of the utmost

of caution and to avoid prejudice to the parties (who have avoided incurring any discovery expenses to make settlement more feasible) should the unlikely occur.

NIKE, INC. and TOMMY HILFIGER LICENSING, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200 (401) 861-8210 FAX

OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT

By its Attorneys,

CAMERON & MITTLEMAN LLP

Charles S. Beal (#5559)
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
(401) 331-5787 FAX

DATED: December 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATES AND RELATED DEADLINES was mailed, postage prepaid, on this 29th day of December, 2005

Charles Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Sharon L Boyle

833619_1/4581-2