# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NIKE, INC. AND TOMMY HILFIGER LICENSING, INC.,<br>Plaintiffs<br><br>v.<br><br>OCEAN STATE JOBBERS, INC. D/B/A OCEAN STATE JOB LOT,<br>Defendants | C.A. No. 04-314/s |

## JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATES AND RELATED DEADLINES

Plaintiffs and Defendant Ocean State Jobbers, Inc. d/b/a Ocean State Job Lot jointly move to extend the discovery closure date for an additional fourteen (14) days, through March 1, 2006. The parties believe they have worked out all of the details of a settlement but still need to prepare the final paperwork. All parties believe that this matter can be wrapped up in a matter of a couple of weeks but the settlement cannot be finalized before the present discovery closure date of February 15, 2006. The parties have been diligently working towards settlement. In the present circumstances, this motion is being filed out of the utmost of caution and to avoid prejudice to the parties (who have avoided incurring any discovery expenses to make settlement more feasible) should the unlikely occur.

NIKE, INC. and TOMMY HILFIGER
LICENSING, INC.
By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200 (401) 861-8210 FAX

OCEAN STATE JOBBERS, INC. d/b/a
OCEAN STATE JOB LOT

By its Attorneys,

CAMERON & MITTLEMAN LLP

Charles S. Beal (#5559)
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
(401) 331-5787 FAX

DATED: February 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATES AND RELATED DEADLINES was mailed, postage prepaid, on this 15th day of February, 2006 to:

Charles Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

[signature]

841661_1/4581-2