UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NIKE, INC. AND TOMMY HILFIGER LICENSING, INC.,
Plaintiffs

v. C.A. No. 04-314/s

OCEAN STATE JOBBERS, INC. D/B/A OCEAN STATE JOB LOT,
Defendants

**JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATES AND RELATED DEADLINES**

Plaintiffs and Defendant Ocean State Jobbers, Inc. d/b/a Ocean State Job Lot jointly move to extend the discovery closure date for an additional fourteen (14) days, through March 1, 2006. The parties believe they have worked out all of the details of a settlement but still need to prepare the final paperwork. All parties believe that this matter can be wrapped up in a matter of a couple of weeks but the settlement cannot be finalized before the present discovery closure date of February 15, 2006. The parties have been diligently working towards settlement. In the present circumstances, this motion is being filed out of the utmost of caution and to avoid prejudice to the parties (who have avoided incurring any discovery expenses to make settlement more feasible) should the unlikely occur.

GRANTED
WESm
William E. Smith
U.S. District Judge
2/27/06