
nike


nike










$4.99




LFIGER
OMMY



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,277,066
Registered May 8, 1984

TRADEMARK
Principal Register

# NIKE

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. Cls. 22 and 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 978,962, 1,214,930 and others.

Ser. No. 361,067, filed Apr. 22, 1982.

DEBORAH S. COHN, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM May 8, 1984

COMB. AFF. SEC. 8 & 15

Attest

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT, WITH NOTATION

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

# United States Patent and Trademark Office

Reg. No. 1,945,654
Registered Jan. 2, 1996

## TRADEMARK
## PRINCIPAL REGISTER

**NIKE**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FULL LINE OF SPORTS CLOTHING, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-18-1971; IN COMMERCE 6-18-1971.

OWNER OF U.S. REG. NOS. 978,952, 1,277,066 AND OTHERS.

SER. NO. 74-624,334, FILED 1-23-1995.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,164,810

United States Patent and Trademark Office — Registered June 9, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## SWOOSH

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: CLOTHING NAMELY, SOCKS AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-25-1993; IN COMMERCE 9-25-1993.

OWNER OF U.S. REG. NOS. 1,200,529 AND 1,704,928.

SN 75-977,266, FILED 10-11-1994.

JERI J. FICKES, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

United States Patent and Trademark Office

Reg. No. 1,284,385
Registered Jul. 3, 1984

**TRADEMARK**
**Principal Register**

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. CL. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 977,190 and 1,145,473.

Ser. No. 361,065, filed Apr. 22, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM Jul. 3, 1984

COMB. AFF. SEC. 8 & 15

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

Attest

MAY 3 1993

Attesting Officer

Acting Commissioner of Patents and Trademarks

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,068,075

United States Patent and Trademark Office

Registered June 3, 1997

## TRADEMARK
## PRINCIPAL REGISTER

A I R

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR AND CLOTHING, NAMELY CAPS, SOCKS AND SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-5-1995; IN COMMERCE 5-5-1995.

OWNER OF U.S. REG. NOS. 977,190, 1,323,343, AND OTHERS.

SN 75-975,988, FILED 11-29-1994.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,203,050

United States Patent and Trademark Office Registered Nov. 10, 1998

TRADEMARK
PRINCIPAL REGISTER

A I R

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: CLOTHING, NAMELY, HATS AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 1-22-1998; IN COMMERCE 1-22-1998.

OWNER OF U.S. REG. NOS. 977,190, .323,343, AND OTHERS.

SN 74-604,388, FILED 11-29-1994.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

# United States Patent and Trademark Office

Reg. No. 1,571,066
Registered Dec. 12, 1989

## TRADEMARK
PRINCIPAL REGISTER

NIKE

AIR

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: CLOTHING, NAMELY T-SHIRTS, PULLOVERS, SWEATSHIRTS, JACKETS, PANTS, SHORTS AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-14-1987; IN COMMERCE 7-14-1987.

OWNER OF U.S. REG. NOS. 1,284,386, 1,307,123 AND OTHERS.

SER. NO. 799,044, FILED 5-10-1989.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

REGISTERED FOR A TERM OF 10 YEARS FROM Dec. 12, 1989

Attest

MAY 3 1993

Attesting Officer

Certified to be a true copy of the registration issued by the United States Patent & Trademark Office, which registration is in full force and effect. Record title is in Registrant

for

Acting Commissioner of Patents and Trademarks

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,237,469

**United States Patent and Trademark Office** Registered May 10, 1983

## TRADEMARK
Principal Register

REGISTERED FOR A TERM OF 20 YEARS FROM May 10, 1983

NIKE

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS, WRISTBANDS AND HANDWEAR, in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 977,190 and 1,153,938.

Ser. No. 361,064, filed Apr. 22, 1982.

M. E. BODSON, Examining Attorney

COMB. AFF. SEC. 8 & 15

Attest

MAY 8 1993

Attesting Officer

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

for

Acting Commissioner of Patents and Trademarks

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,398,612

United States Patent and Trademark Office Registered June 24, 1986

TRADEMARK
PRINCIPAL REGISTER

# TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
172 BOONTON AVENUE
KINNELON, NJ 07405

FOR: CLOTHING FOR MEN AND WOMEN: NAMELY, SHIRTS, PANTS, JACKETS, SWEATERS, SHORTS, BELTS, VESTS, SPORT JACKETS, COATS, RAIN COATS, PARKAS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

SER. NO. 566,804, FILED 11-4-1985.

ERIC WACHSPRESS, EXAMINING ATTORNEY

Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

Reg. No. 1,738,410

United States Patent and Trademark Office Registered Dec. 8, 1992

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: CLOTHING FOR MEN AND BOYS; NAMELY, SHIRTS, SWEATERS, PANTS, SWEATSHIRTS, SHORTS, SPORT JACKETS, RAINCOATS, PARKAS, OVERCOATS, BATHING SUITS, VESTS, TURTLENECKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

FOR: RETAIL CLOTHING STORE SERVICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 8-0-1985; IN COMMERCE 8-0-1985.

OWNER OF U.S. REG. NOS. 1,396,905 AND 1,398,612.

THE NAME "TOMMY HILFIGER" IDENTIFIES A PARTICULAR LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 74-181,688, FILED 7-2-1991.

EDWARD NELSON, EXAMINING ATTORNEY

**Int. Cl.: 25**

Prior U.S. Cl.: 39

Reg. No. 1,833,391
United States Patent and Trademark Office Registered Apr. 26, 1994

## TRADEMARK
## PRINCIPAL REGISTER

# TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: TIES, SOCKS, SUSPENDERS, HATS, CAPS, SUITS AND BLAZERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 7-25-1993; IN COMMERCE 7-25-1993.

OWNER OF U.S. REG. NOS. 1,396,905 AND 1,398,612.

"TOMMY HILFIGER" IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 74-801,526, FILED 1-30-1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 3, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52

Reg. No. 1,995,802

United States Patent and Trademark Office Registered Aug. 20, 1996

## TRADEMARK
## PRINCIPAL REGISTER

# TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: DEODORANTS AND SOAPS FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

FOR: ARTICLES OF LEATHER AND IMITATION LEATHER, NAMELY, WALLETS, CREDIT CARD CASES, BILLFOLDS, UMBRELLAS AND TRAVELLING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.

FOR: BATHROBES, TUXEDOS, PAJAMAS, UNDERPANTS AND UNDERSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1994; IN COMMERCE 6-0-1994.

OWNER OF U.S. REG. NOS. 1,396,905 AND 1,398,612.

"TOMMY HILFIGER" IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 74-134,713, FILED 1-30-1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 14 and 25

Prior U.S. Cls.: 2, 22, 27, 28, 39, and 50

Reg. No. 2,162,940

United States Patent and Trademark Office

Registered June 2, 1998

TRADEMARK
PRINCIPAL REGISTER

# TOMMY HILFIGER

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: JEWELRY MADE OF PRECIOUS AND NON-PRECIOUS METALS AND STONES, NAMELY, CUFF-LINKS, AND BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 11-16-1997; IN COMMERCE 11-16-1997.

FOR: FOOTWEAR, NAMELY, SHOES, BOOTS, SNEAKERS, SANDALS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1997; IN COMMERCE 1-15-1997.

OWNER OF U.S. REG. NOS. 1,173,410, 1,995,802, AND OTHERS.

"TOMMY HILFIGER" IS A LIVING INDIVIDUAL WHOSE CONSENT TO THE REGISTRATION OF HIS NAME IS OF RECORD.

SN 75-977,194, FILED 9-6-1996.

EDWARD NELSON, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,460,988**

# United States Patent and Trademark Office

**Registered Oct. 13, 1987**

## TRADEMARK
## PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
172 BOONTON AVENUE
KINNELON, NJ 07405

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, SHIRTS, PANTS, JACKETS, SWEATERS, SHORTS, BELTS, VESTS, SPORT JACKETS, COATS, RAIN COATS, PARKAS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-1985; IN COMMERCE 1-0-1985.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

THE TRADEMARK IS A COMBINATION OF DIFFERENT COLORED GEOMETRIC SHAPES.

SEC. 2(F).

SER. NO. 566,805, FILED 11-4-1985.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

REGISTERED FOR A TERM OF 20 YEARS FROM Oct. 13, 1987

Certified to be a true copy of the registration issued by the United States Patent & Trademark Office, which registration is in full force and effect. Record title is in Registrant

Attest

AUG 4 1989

Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

**Reg. No. 1,727,740**

# United States Patent and Trademark Office

Registered Oct. 27, 1992

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

REGISTERED FOR A TERM OF 10 YEARS FROM Oct. 27, 1992

TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: CLOTHING FOR MEN AND BOYS; NAMELY, SHIRTS, SWEATERS, SPORTCOATS, PANTS, SWEATSHIRTS, SHORTS, SPORT JACKETS, RAINCOATS, PARKAS, OVERCOATS, BATHING SUITS, VESTS, TURTLENECKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-1985; IN COMMERCE 1-0-1985.

FOR: RETAIL CLOTHING STORE SERVICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 8-0-1985; IN COMMERCE 8-0-1985.

OWNER OF U.S. REG. NO. 1,460,988.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

SER. NO. 74-181,697, FILED 7-2-1991.

CARYN HINES, EXAMINING ATTORNEY

Certified to be a true copy of the registration issued by the United States Patent & Trademark Office, which registration is in full force and effect Record title is in Tommy Hilfiger Licensing, Inc. a DE corp.

Attest

MAY 24 1994

Attesting Officer

ASSISTANT SECRETARY OF COMMERCE AND COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,808,520

# United States Patent and Trademark Office

Registered Nov. 30, 1993

## TRADEMARK
## PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: SOCKS, TIES, HATS, CAPS AND BLAZERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-25-1993; IN COMMERCE 9-25-1993.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

SN 74-801,413, FILED 1-30-1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 3, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52

Reg. No. 2,030,406

United States Patent and Trademark Office Registered Jan. 14, 1997

TRADEMARK
PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: COLOGNE, EAU DE TOILETTE, SHAVING LOTION, DEODORANT, SOAP FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-0-1995; IN COMMERCE 3-0-1995.

FOR: ARTICLES OF LEATHER AND IMITATION LEATHER, NAMELY WALLETS, CREDIT CARD CASES, BILLFOLDS, UMBRELLAS, AND TRAVELLING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.

FOR: BATHROBES, TUXEDOS, PAJAMAS, UNDERPANTS, UNDERSHIRTS, AND SUSPENDERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1994; IN COMMERCE 6-0-1994.

OWNER OF U.S. REG. NOS. 1,460,988, 1,727,740, AND 1,808,520.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

SN 74-135,114, FILED 1-30-1991.

EDWARD NELSON, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,213,511**

# United States Patent and Trademark Office

**Registered Dec. 22, 1998**

## TRADEMARK
## PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: FOOTWEAR, NAMELY, SHOES, BOOTS, SNEAKERS, SANDALS, AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1997; IN COMMERCE 1-15-1997.

OWNER OF U.S. REG. NOS. 1,460,988, 1,727,740, AND 1,808,520.

THE MARK IS LINED FOR THE COLORS RED AND BLUE.

SN 75-976,739, FILED 9-6-1996.

LAVERNE THOMPSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,575,670
Registered June 4, 2002

**TRADEMARK**
**PRINCIPAL REGISTER**

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: FULL LINE OF APPAREL, FOOTWEAR AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1985; IN COMMERCE 1-1-1985.

OWNER OF U.S. REG. NOS. 1,460,988, 2,381,662 AND OTHERS.

THE APPLICANT CLAIMS THE COLOR RED AND BLUE FOR THE MARK AND ENCLOSES A COLOR PRINT OF THE MARK, AS WELL AS A DRAWING PAGE WITH THE MARK LINED FOR COLOR.

THE NAME SHOWN IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS ENCLOSED HEREWITH.

SER. NO. 76-175,693, FILED 12-5-2000.

TONYE EPPS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,124,016

United States Patent and Trademark Office — Registered Dec. 23, 1997

## TRADEMARK
## PRINCIPAL REGISTER

TOMMY
tommy
HILFIGER

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING, NAMELY, SHIRTS, BLAZERS, VESTS, SHORTS, DENIM BOTTOMS, TROUSERS, DRESSES, SKIRTS, T-SHIRTS, SWEATSHIRTS, SWEATERS, COATS, JACKETS AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

OWNER OF U.S. REG. NOS. 1,398,612, 2,025,974 AND OTHERS.

THE MARK IS LINED FOR THE COLORS RED AND BLUE AND SILVER.

"TOMMY HILFIGER" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75-259,922, FILED 3-19-1997.

LAVERNE THOMPSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,452,213

# United States Patent and Trademark Office

Registered May 15, 2001

## TRADEMARK
## PRINCIPAL REGISTER

# TOMMY.COM

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: SHIRTS, SWEATSHIRTS, PANTS, SWEATPANTS, SHORTS, JEANS, RAINCOATS, PARKAS, OVERCOATS, BATHING SUITS, VESTS, TURTLENECKS, HATS, CAPS, SUITS, T-SHIRTS, SOCKS, SNEAKERS, SANDALS, AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-2000; IN COMMERCE 9-2-2000.

OWNER OF U.S. REG. NO. 1,998,783 AND OTHERS.

SN 75-980,278, FILED 6-23-1999.

LAVERNE THOMPSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,567,913

United States Patent and Trademark Office

Registered May 7, 2002

## TRADEMARK
## PRINCIPAL REGISTER

# TOMMY.COM

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING FOR MEN, WOMEN, CHILDREN, AND INFANTS, NAMELY, SWEATERS, SPORTCOATS, DRESSES, SKIRTS, OVERALLS, SPORT JACKETS, GOLF JACKETS, WIND RESISTANT JACKETS, BLAZERS, BELTS, TIES, SUSPENDERS, SUITS, UNDERSHIRTS, UNDERPANTS, BOXER SHORTS, BATHROBES, TUXEDOS, LINGERIE AND PAJAMAS, SHOES AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1999; IN COMMERCE 8-0-1999.

OWNER OF U.S. REG. NO. 1,998,783 AND OTHERS.

SN 75-734,581, FILED 6-23-1999.

LAVERNE THOMPSON, EXAMINING ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 7 0 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NIKE, INC. and TOMMY HILFIGER LICENSING, INC.,

Plaintiffs,

v.

OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT,

Defendant.

OCEAN STATE JOBBERS, INC.,

Counterclaim Plaintiff,

v.

NIKE, INC. and TOMMY HILFIGER LICENSING, INC.,

Counterclaim Defendants.

OCEAN STATE JOBBERS, INC.,

Third-Party Plaintiff,

v.

RANDOLPH KNITTING, INC., NETWORK INTERNATIONAL, INCORPORATED, TRIBBLE HOSIERY, INC. H.G. HOSIERY ASSOCIATES, INC. and NU-SOX FINISHING, INC.,

Third-Party Defendants.

C.A. No. 04-314S

**PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT**

WHEREAS, plaintiffs Tommy Hilfiger Licensing, Inc. ("Hilfiger") and Nike, Inc. ("Nike") (Hilfiger and Nike are hereinafter collectively referred to as the "Trademark Holders"), on July 23, 2004, having filed a complaint against Ocean State Jobbers, Inc., d\b\a Ocean State Job Lot ("Ocean

State"), a Rhode Island Corporation, having a principal place of business at 360 Callahan Road, North Kingston, Rhode Island 02852, said complaint having asserted causes of action for trademark infringement, trademark counterfeiting, false designation of origin, false advertising, federal trademark dilution, common law trademark infringement, common law unfair competition and a claim for trademark dilution and injury to business reputation pursuant to Rhode Island statute relating to Ocean State's unauthorized use of certain of the Trademark Holders' trademarks in connection with, *inter alia*, Ocean State's advertisement, distribution, offer for sale and sale of socks (the "Offending Socks"). Photographs of examples of the Offending Socks have been annexed hereto as Exhibit A; and

WHEREAS, Nike is the owner of numerous trademarks, including Registered Trademark Nos. 1,277,066 and 1,945,654 for NIKE, Registered Trademark No. 1,237,469 for the NIKE/SWOOSH DESIGN trademark, Registered Trademark No. 1,284,385 for the SWOOSH DESIGN trademark, Registered Trademark Nos. 2,068,075 and 2,203,050 for the SWOOSH AIR DESIGN trademark and Registered Trademark No. 1,571,066 for the NIKE/SWOOSH/AIR DESIGN trademark (collectively the "Nike Trademarks"). Copies of these registrations are annexed as Exhibit B; and

WHEREAS, Hilfiger is the owner of numerous trademarks, including Registered Trademark Nos. 1,398,612, 1,738,410, 1,833,391, 1,995,802, and 2,162,940 for TOMMY HILFIGER, Registered Trademark Nos. 1,460,988, 1,727,740, 1,808,520, 2,030,406, and 2,213,511for the FLAG DESIGN trademark, Registered Trademark No. 2,575,670 for the TOMMY HILFIGER/FLAG DESIGN trademark, Registered Trademark No. 2,124,016 for the TOMMY HILFIGER/TOMMY/FLAG DESIGN trademark, and Registered Trademark Nos. 2,452,213 and 2,567,913 for TOMMY.COM (collectively the "Hilfiger Trademarks"). Copies of these registrations are annexed as Exhibit C. (The Nike Trademarks and the Hilfiger Trademarks are hereinafter referred to as "the Trademarks"); and

WHEREAS, Ocean State answered the Complaint, denied liability, asserted counterclaims against the Trademark Holders and filed a Third Party Complaint in which it asserted third party claims for indemnification and contribution against Randolph Knitting, Inc., Network International, Inc., Tribble Hosiery, Inc., H.G. Hosiery Associates, Inc., and Nu Sox Finishing, Inc. (the "Third Party Claims"):

WHEREAS, the Third Party Claims have been dismissed without prejudice as to third party defendants Nu Sox Finishing, Inc. and H.G. Hosiery Associates, Inc. Third party defendants Tribble Hosiery, Inc., Randolph Knitting, Inc. and Network International, Inc. have not appeared in the action or filed an answer to the Third Party Claims;

WHEREAS, the Trademark Holders and Ocean State have been afforded the opportunity to consult with, and having consulted with, attorneys of their own choice in connection with the execution of this Permanent Injunction and Final Judgment on Consent (the "Injunction"), and having relied upon the advice of such attorneys in executing this Injunction, and having entered into a Settlement Agreement dated as of ~~February~~ March 22 (HM) ____, 2006, providing, *inter alia*, for the entry of this Injunction; and

WHEREAS, the Court has jurisdiction over the subject matter of this action and personal jurisdiction over Ocean State, and venue in this action being proper in this judicial district;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Ocean State, its affiliates, divisions, members, partners and subsidiaries, as well as their respective principals, officers, agents, servants, employees and all others acting in direct and/or indirect concert or participation with them, be and hereby are PERMANENTLY ENJOINED and RESTRAINED from:

   i. the design, display, manufacture, import, export, advertisement, transfer, purchase, distribution, offer for sale and sale or other exploitation of the Offending Socks;

   ii. the design, display, manufacture, import, export, advertisement, transfer, purchase, distribution, offer for sale, sale, promotion or marketing of any goods bearing any unauthorized reproductions, counterfeits, copies and/or colorable imitations of the Trademarks or any marks confusingly similar thereto, either individually or in conjunction with other words, marks or designs.

2. Ocean State's counterclaims against Plaintiffs are dismissed with Prejudice.

3. Ocean State's Third Party Claims against Randolph Knitting, Inc., Network International, Inc. and Tribble Hosiery, Inc. have already been dismissed without prejudice.

4. This Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Injunction by way of contempt or otherwise. Ocean State agrees not to contest the validity of the Trademarks in any such proceeding.

5. Ocean State waives appeal of this Injunction or any other right that Ocean State may have to seek to be relieved from this Injunction.

6. Each party to this Injunction shall bear its own costs and attorneys' fees of this action.

7. This Injunction shall operate as the final judgment in this action.

Dated: New York, New York
February 17, 2006

DREIER, LLP

By:_________________________
Ira S. Sacks (IS #2861)
Mark S. Lafayette (MS #4256)
499 Park Avenue
New York, New York 10022
Tel: (212) 652-3772
Fax: (212) 328-6101
Attorneys for Plaintiffs and Counterclaim Defendants Nike, Inc. and Tommy Hilfiger Licensing, Inc.

Dated: ~~February~~ April 13, 2006

PARTRIDGE SNOW & HAHN LLP

By:_________________________
Howard Merten (HM 3141)
180 South Main Street
Providence, Rhode Island 02903
Tel: (401) 861-8277
Fax: (401) 861-8210
Attorneys for Plaintiffs and Counterclaim Defendants Nike, Inc. and Tommy Hilfiger Licensing, Inc.

CAMERON & MITTLEMAN LLP

Dated: ~~February~~ April 3, 2006

By: ______________________

Charles S. Beal (CB #5559)
50 Exchange Terrace
Providence, Rhode Island 02903
Tel: (401) 331-5700
Fax: (401) 331-5787
Attorneys for Defendant and Counterclaim Plaintiff Ocean State Jobber, Inc., d/b/a Ocean State Job Lot

IT IS SO ORDERED:

DATED: 4/7/06

______________________
United States District Judge